UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Nathan May
_____

_____
(Enter above the full name of
plaintiff in this action)

v.

Trooper Hoper
PA State Police
_____

_____
(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:18-cv-925
(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

MAY 0 1 2018

Per _____
Deputy Clerk

COMPLAINT

1. The plaintiff __Nathan May__ a citizen of the County of __Lancaster__ State of Pennsylvania, residing at __1390 Columbia Ave #166, Lancaster, PA 17603__ wishes to file a complaint under __Title 42 Section 1983__
(give Title No. etc.)

2. The defendant is __Trooper Hoper   PA State Police__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __I was traveling well__

3. (CONTINUED) within my constitutional right to do so when trooper Hoper of the PA State Police drives 90 Miles in a 70 pulling of endangering rear traffic tailing me. After about 2 to 3 minutes he pulls me over and orders me to get out of my private Conveyance. I asked why I was pulled over without giving me Propable Cause or any reason he says "Get Out Now" after a couple of minutes he stated that I was speeding. He said I was doing 70 miles, I recorded everything so I immediately became afraid based on how he stopped me and why.

4. WHEREFORE, plaintiff prays that The Court views the recorded evidence and files charges against this officer to obtain reason for detaining me without cause. The attempt to violate my 1st, 5th and 14th Constitutional rights. I would like Officer Hoper to be held accountable for violation of Title 42. I fear for my life, he made threats to me, illegally Searched my person and laughed about it. All of this was recorded.

(Signature of Plaintiff)